No. 72–6812. CHENOWETH *v.* WARNER, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Northern District of California with directions to dismiss case as moot.

No. 72–6836. RUSSELL *v.* DOUTHITT. Sup. Ct. Ind. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Gagnon* v. *Scarpelli,* 411 U. S. 778 (1973).

No. 73–6. BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA & VICINITY *v.* SAMOFF, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded to the United States District Court for the Eastern District of Pennsylvania with directions to dismiss case as moot.

No. 73–217. PENNSYLVANIA *v.* CAMPANA ET AL. Sup. Ct. Pa. Certiorari granted, judgments vacated, and case remanded to consider whether judgments are based on federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972). MR. JUSTICE DOUGLAS dissents from the vacation and remand.